**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Blasket Renewable Investments LLC,

*Petitioner*,

v.

Kingdom of Spain,

*Respondent*.

Civil Action No. 1:25-1756 (RDM)

**MOTION TO AMEND AND/OR VACATE THE JUDGMENT**

Respondent Kingdom of Spain, by and through its undersigned counsel, respectfully moves the Court to amend and/or vacate the Court's judgment dated September 30, 2026, Dkt. No. 31, pursuant to Federal Rule 59(e), 60(a), or 60(b) by entering the Proposed Order and Final Judgment filed concurrently herewith, to clarify that the only interest rates accruing post judgment are the interest rates provided by the ICSID tribunals until payment. This motion is supported by the memorandum of points and authorities filed concurrently herewith.

Dated: Washington, D.C.
October 28, 2026

Respectfully submitted,

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

By: /s/ Joseph D. Pizzurro

Joseph D. Pizzurro (D.C. Bar No. 468922)
Kevin A. Meehan (D.C. Bar No. 1613059)
Juan O. Perla (D.C. Bar No. 1660389)
1875 K Street NW, 425
Washington, D.C. 20006
Tel.: (202) 452-7373
Fax: (202) 452-7333
Email: jpizzurro@curtis.com
kmeehan@curtis.com
jperla@curtis.com

- and -

Robert Garcia (*pro hac vice*)
David V. Holmes (*pro hac vice*)
101 Park Avenue
New York, NY 10178
Tel.: (212) 696-6000
Fax: (212) 697-1559
Email: robert.garcia@curtis.com
dholmes@curtis.com

*Attorneys for Respondent*
*Kingdom of Spain*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the ECF system and thereby served upon all counsel of record, including counsel for Petitioner.

/s/ *Joseph D. Pizzurro*
Joseph D. Pizzurro